FORMER EMPLOYEES OF PHILIPS LIGHTING COMPANY, Plaintiffs, v.
UNITED STATES SECRETARY OF LABOR, Defendant,

Court No. 04–00651

## JUDGMENT ORDER

TSOUCALAS, Senior Judge: On March 9, 2005, the Court granted
the United States Department of Labor's ("Labor") Consent Motion
for Voluntary Remand. On June 9, 2005, Labor filed a Notice of Revised Determination of Alternative Trade Adjustment Assistance on
Remand ("Remand Results"). Plaintiffs did not file comments to the
Remand Results.

In the Remand Results, Labor found that Plaintiffs, who became
totally or partially separated on or after September 2,2003, through
September 29, 2006, are eligible to apply for trade adjustment assistance under 19 U.S.C. § 2272 (2000) and alternative trade adjustment assistance under 19 U.S.C. § 2813 (Supp. II 2002). Under 29
C.F.R. § 90.16 (2004), Labor determined that the certification period
could not be extended to include employees separated before September 2, 2003, one year prior to the date Plaintiffs filed their petition for adjustment assistance benefits. Upon consideration of the
Remand Results, upon all other papers filed herein, and upon due
deliberation, it is hereby

ORDERED that the Remand Results are sustained; and it is further

ORDERED that this action is dismissed.